# MEMORANDUM CASES.

[Crim. No. 1227. First Appellate District, Division One.—February 6, 1925.]

THE PEOPLE, Respondent, v. EDMUND MURPHY, Appellant.

[1] CRIMINAL LAW—MOTION TO ANNUL JUDGMENT—DENIAL OF.—Order denying motion to annul judgment affirmed upon authority of *People* v. *Murphy, ante*, p. 176.

APPEAL from an order of the Superior Court of the City and County of San Francisco denying motion to annul judgment. Louis H. Ward, Judge. Affirmed.

The facts present the questions discussed and decided in *People* v. *Murphy, ante*, p. 176.

Ernest B. D. Spagnoli for Appellant.

U. S. Webb, Attorney-General, and Wm. F. Cleary, Deputy Attorney-General, for Respondent.

KNIGHT, J.—[1] The questions involved in this appeal have been discussed and decided in the opinion this day filed in *People* v. *Murphy, ante*, p. 176 [235 Pac. 51], and for the reasons therein stated the order appealed from is affirmed.

Tyler, P. J., and St. Sure, J., concurred.

A petition by appellant to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on April 6, 1925.